UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PB CURTNER/CORONADO GROUP, LLC,<br><br>　　　　Defendant. | Case No. 21-cv-04694-JSW<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT BE IMPOSED**<br><br>Re: Dkt. Nos. 14, 15 |

On May 19, 2022, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute given the lack of action in the case. The Court expressly stated it "requires an explanation for the lack of action in this case." (Dkt. No. 14.)

On June 3, 2022, Plaintiff filed a response to the order show cause, in which Plaintiff's counsel states that her assistant contacted defense counsel on October 19, 2021. (Dkt. No. 15.) Plaintiff's counsel also represents that her office next contacted defense counsel on May 23, 2022, which was likely prompted by this Court's order to show cause. The response provides no explanation for Plaintiff's inaction between October and May.

Accordingly, the Court ORDERS Plaintiff to show cause why sanctions in the amount of $150.00 should not be imposed on him and his counsel for failure to comply with the Court's Order dated May 19, 2022. **Plaintiff's response to this Order to Show Cause shall be due by June 24, 2022, and a failure to respond shall result in the monetary sanctions being imposed.**

　　**IT IS SO ORDERED.**

Dated: June 17, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge